Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 22−41720
Chapter: 13
Judge: Brenda T. Rhoades

In Re:

Tracey Camille Geter

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic final hearing will be held on

*Wednesday, May 17, 2023*

at

*01:00 PM*

to consider and act upon document 28 − Motion for Relief from Automatic Stay With Waiver of 30−Day Hearing Requirement As To 743 Brick Row #1349, Richardson, Texas 75081 Filed by Brick Row Apartments, LLC (Attachments: # 1 Proposed Order # 2 Affidavit) (Alexander, Brandy) filed as document number 28 .

Conference Telephone Number: 972−601−0797
Conference Access Code: 538851748#

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing.

Dated: Thursday, April 27, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

In re:     Case No. 22-41720-btr

Tracey Camille Geter     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 2

Date Rcvd: Apr 27, 2023     Form ID: 100v2     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey Camille Geter, 743 Brick Row #1349, Richardson, TX 75081-4986 |
| 8209956 | + | Brick Row Apartments, LLC, 744 Brick Row Dr, Richardson, TX 75081-5097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2023 23:26:26 | NCEP, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandy Alexander | on behalf of Creditor Brick Row Apartments LLC brandyalexander@alexanderpllc.com |
| Carey D. Ebert | on behalf of Trustee Carey D. Ebert ECFch13plano@ch13plano.com |
| Carey D. Ebert | ECFch13plano@ch13plano.com |

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2023 | Form ID: 100v2 | Total Noticed: 3 |

Daniel Herrin
    on behalf of Debtor Tracey Camille Geter ecf@herrinlaw.com  HerrinLawPLLC@jubileebk.net

US Trustee
    USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 5